MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Stephanie A. Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 4:15-CR-6049-EFS |
|---|---|
| Plaintiff, | SECOND SUPERSEDING INDICTMENT |
| vs. | |
| | Vio: 21 U.S.C. § 846 Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin and 400 grams or More of N-phenyl-N Propanamide (Count 1)  Vio: 18 U.S.C. § 1956(h) Conspiracy to Commit Money Laundering (Count 2)  Vio: 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii) Possession with the Intent to Distribute 5 Kilograms or more of Cocaine (Count 3) |

SECOND SUPERSEDING INDICTMENT – 1

Second Superseding.Indictment.docx



1

2

3                                                        ,

4    MIGUEL REYES GARCIA,

5

6

7                                                     ,

8

9

10                      Defendants.

11

Vio: 18 U.S.C. § 1956(a)(1)(B)(i)
Money Laundering
(Counts 4, 5, 6, 7, 10, 11, 12, 14)

Vio: 21 U.S.C. § 841(a)(1),
(b)(1)(A)(viii)
Possession with the Intent to
Distribute 50 grams or more of
Actual Methamphetamine
(Count 8)

Vio: 18 U.S.C. 1956(a)(1)(B)(i)
International Money Laundering
(Counts 9, 13)

Vio:  21 U.S.C. § 841(a)(1),
(b)(1)(A)(i), (vi)
Possession with the Intent to
Distribute 1 Kilogram or More of
a Mixture or Substance
Containing Heroin and
400 grams or More of a Mixture
or Substance Containing N-
phenyl-N Propanamide
(Count 15)

Notice of Criminal Forfeiture
Allegations

The Grand Jury Charges:

## COUNT ONE

Beginning on a date unknown but by on or about January 2010 continuing

until on or about December 6, 2016, in the Eastern District of Washington and

elsewhere, the Defendants,

SECOND SUPERSEDING INDICTMENT – 2
Second Superseding.Indictment.docx

1 ████████████████████████████████████████████

2 ████████████████████████████████████████████████

3 █████████████████████████████████████████████████████

4 ██████████████████████████████████████████████████████

5 ████████████████████████████████████████████████

6

7 █████████████████████████████████████████████████

8 ███████████████████████████████████████████████████████

9

10 ████████████████████████████████████████████████████

11 █████████████████████████████████████████████

12 ██  ████████████████, MIGUEL REYES GARCIA, ████████████████████

13

14 █████████████████████████████████████████████████████

15 did knowingly and intentionally combine, conspire, confederate and agree together

16

17 with each other and other persons, both known and unknown to the Grand Jury, to

18 commit the following offense against the United States, to wit:  distribution of 500

19

20 grams or more of a mixture or substance containing a detectable amount of

21 Methamphetamine, 5 kilograms or more of a mixture or substance containing a

22

23 detectable amount of Cocaine, 1 kilograms or more of a mixture or substance

24 containing a detectable amount of heroin and 400 grams or more of a mixture or

25

26 substance containing a detectable amount of N-phenyl-N Propanamide, all

27 Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1),

28 (b)(1)(A)(i), (ii)(I), (vi), and (viii); all in violation of 21 U.S.C. § 846.

SECOND SUPERSEDING INDICTMENT – 3
Second Superseding.Indictment.docx

1

**COUNT TWO**

2
3 ████████████████████████████████████████████████
4 ██████████████████████████████████████
5 ████████████████████████████████████████
6 █████████████████████████████████████████████
7 █████████████████████████████████████████████
8 ██████████████████████████████████████████████,
9
10 █████████████████████████████████████████
11 ██████████████████████████████████████████,
12 █████████████████████████████████████████
13
14 ██████████████████████████:

15

**(1956(a)(1))**

16
17 ████████████████████████████████████████
18 ████████████████████████████████████████
19
20 █████████████████████████████████████████
21 ██████████████████████████████████████
22
23 █████████████████████████████████████████
24 ██████████████████████████████████████
25
26 ██████████████████████████████████████████
27 █████████████████████████████████████████
28 █████████████████████████████████████████

SECOND SUPERSEDING INDICTMENT – 4

1

2

3

4

5

**(1956(a)(2))**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

**COUNT THREE**

21

22

23

24

25

26

27

28

SECOND SUPERSEDING INDICTMENT – 5
Second Superseding.Indictment.docx

**COUNT FOUR**



**COUNT FIVE**

SECOND SUPERSEDING INDICTMENT – 6

Second Superseding.Indictment.docx

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17 **COUNT SIX**
18
19
20
21
22
23
24
25
26
27
28

SECOND SUPERSEDING INDICTMENT – 7
Second Superseding.Indictment.docx

1 ███████████████████████████████

2

3 █████████████████████████████████

4 ████████████████████████████

5 █████████████████████████████████████

6

7 ████████████████████████████████████

8 ███████████████████████████████

9

10 ████████

11 **COUNT SEVEN**

12

13 ██████████████████████████████████

14 ██████████████████████████████████████

15 ████████████████████████████████████

16

17 ████████████████████████████████

18 ███████████████████████████████████

19

20 ████████████████████████████████████

21 ██████████████████████████████████████

22

23 █████████████████████████████████████

24 █████████████████████████████████████

25 ████████████████████████████████████████

26

27 ████████████████████████████████

28 ████████████████████████████████████████

SECOND SUPERSEDING INDICTMENT – 8

Second Superseding.Indictment.docx

1 ████████████████████████████████████████
2 ████████████████████████████████████████
3 ████████████████████████████████████████
4 █

**COUNT EIGHT**

7 ████████████████████████████████████████
8 ████████████████████████████████████████
10 ████████████████████████████████████████
11 ████████████████████████████████████████
12 █████████████████████████████████

**COUNT NINE**

16 ████████████████████████████████████,
17 ████████████████████████████████████████
19 ████████████████████████████████████████
20 ████████████████████████████████████████
22 ████████████████████████████████████████
23 ████████████████████████████████████████
24 ████████████████████████████████████████,
26 ████████████████████████████████████████
27 ████████████████████████████████████████,
28 ████████████████████████████████████████

SECOND SUPERSEDING INDICTMENT – 9
Second Superseding.Indictment.docx

1 ███████ █ ██████████████████████████ █
2
3 ███████████
4 **COUNT TEN**
5 ████████████████████████████
6
7 ████████████████████████████
8 █████████████████████████████
9
10 ██████████████████████████████
11 ██████████████████████
12
13 ███████████████████████████
14 █████████████████████████████
15 ████████████████████ █ ███████
16
17 █████████████████████████████
18 ██████████████████████████████
19
20 █████████████████████████
21 ███████████████████████████
22
23 ██████████████████████████
24 ██████████████████████████
25 ███████████ █ ████████████
26
27
28

SECOND SUPERSEDING INDICTMENT – 10
Second Superseding.Indictment.docx

1

## COUNT ELEVEN

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

## COUNT TWELVE

23

24

25

26

27

28



SECOND SUPERSEDING INDICTMENT – 11
Second Superseding.Indictment.docx

1  ████████████████████████████████████████████

2  █████████████████████████████████████████████

3  █████████████████████████████████████████████

4  ███████████████████████████████████████

5  ██████████████████████████████████████████████

6  ██████████████████████████████████████████████

7  ██████████████████████████████████████████████

8  ███████████████████████████████████████████████

9  ████████████████████████████████████████████

10 ████████████████████████████████████████████

11 ████████████████████████████████████████████████

12 █████████████████████████████████████████████████

13 ████████████████████████████████████████████

14 ████████████████████████████████████████████

15

16                    **COUNT THIRTEEN**

17 ██████████████████████████████████████████████████

18

19 ███████████████████████████████████████████████

20 ███████████████████████████████████████████

21 ███████████████████████████████████████████████

22 ███████████████████████████████████████████████

23 ███████████████████████████████████████████████

24 ███████████████████████████████████████████

25 ███████████████████████████████████████████

26 ███████████████████████████████████████████ ▌

27 █████████████████████████████████████████████

28 ██████████████████████████████████████████████,

SECOND SUPERSEDING INDICTMENT – 12

1  ████████████████████████████████████████████

2  
3  ██████████████████████████████████████████████████

4  ██████████████ ████████████████

5  
6                    **COUNT FOURTEEN**

7  ████████████████████████████████████████████████████████

8  
9  ████████████████████████████████████████████████

10 ████████████████████████████████████████████████

11 ████████████████████████████████████████████████████

12 ████████████████████████████████████████████████

13 ████████████████████████████████████████████████

14 
15 ██████████████████████████████████████████

16 
17 ████████████████████████████████████████████████

18 
19 ████████████████████████████████████████████████

20 ████████████████████████████████████████████████

21 
22 ████████████████████████████████████████████

23 ████████████████████████████████████████████████████

24 ████████████████████████████████████████████████████

25 
26 ████████████████████████████████████████████████

27 
28 

SECOND SUPERSEDING INDICTMENT – 13
Second Superseding.Indictment.docx

**COUNT FIFTEEN**

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████████████

██████████████

**NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS**

The allegations contained in this Indictment are hereby re-alleged and

incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of

21 U.S.C. § 846, ██████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

SECOND SUPERSEDING INDICTMENT – 14
Second Superseding.Indictment.docx

████████████████████████████████████████████ ,

████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████ and, shall forfeit to the United

States of America, any property constituting, or derived from, any proceeds

obtained, directly or indirectly, as the result of such offense(s) and any property

used or intended to be used, in any manner or part, to commit or to facilitate the

commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the

Defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided

without difficulty;

SECOND SUPERSEDING INDICTMENT – 15
Second Superseding.Indictment.docx

1  the United States of America shall be entitled to forfeiture of substitute property

2  pursuant to 21 U.S.C. § 853(p).

3

4      DATED this _____ day of December 2016.

5

6                                          A TRUE BILL

7

8  ████████████████████████████████

9                                          _____
                                           Foreperson
10

11

12  MICHAEL C. ORMSBY
    United State Attorney
13

14

15

16  Stephanie A. Van Marter
    Assistant United States Attorney
17

18

19

20

21

22

23

24

25

26

27

28

SECOND SUPERSEDING INDICTMENT – 16
Second Superseding.Indictment.docx