AMENDED
PENALTY SLIP
SECOND SUPERSEDING INDICTMENT

DEFENDANT NAME: **MIGUEL REYES GARCIA**

TOTAL NO. COUNTS: 1

VIO: **21 U.S.C. § 846**
**Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin and 400 grams of More of N-phenyl-N Propanamide (Count 1)**

PENALTY: **CAG not less than 10 years nor more than life; and/or $10,000,000 fine; not less than 5 years nor more than life supervised release; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a**

CASE NO.      <u>4:15-CR-6049-EFS-21</u>

AUSA INITIAL      <u>SAV</u>

SECOND SUPERSEDING INDICTMENT

IHC.PS.SecondSuperseding.docx