Michael C. Ormsby  
United States Attorney  
Eastern District of Washington  
Stephanie Van Marter  
Assistant United States Attorney  
Post Office Box 1494  
Spokane, WA 99210-1494  
Telephone: (509) 353-2767  

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON  

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | 4:15-CR-6049-EFS |
| JESE DAVID CARILLO CASILLAS (2), ) | |
| ROSA ARACELI GRANADOS (3), ) | Discovery Status Report |
| FRANCISCO DUARTE FIGUEROA (6), ) | |
| GABRIELA MENDOZA VAZQUEZ (7), ) | |
| BRITTNEY LEE ZARAGOZA (10), ) | |
| SALVADOR GUDINO CHAVEZ (11), ) | |
| JUVENAL LANDA SOLANO (14), ) | |
| ERICA MARIA SOLIS (15), ) | |
| EDGAR OMAR HERERRA FARIAS ) | |
| (16), ) | |
| JUAN BRAVO ZAMBRANO (19), ) | |
| MIGUEL REYES GARCIA (21), ) | |
| JOSE ADRIAN MENDOZA (23); and ) | |
| VERONICA ELVIRA CORTEZ (24), ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Stephanie Van

DISCOVERY STATUS REPORT - 1  
Casillas.Status.docx

Marter, Assistant United States Attorney for the Eastern District of Washington, hereby submits the following Discovery Status Report.

On February 2, 2017, the Court issued an Order directing all counsel to be prepared to discuss matters relative to the future handling of this case. *See*, ECF No. 341. The United States has spoken to the designated point person on behalf of the defense as to these same issues, however, thought it would be helpful to provide this status to the Court and counsel prior to the Pre-Trial conference on February 21, 2017.

As the United States notified the Court and counsel at the earlier pre-trial conference, there would be a superseding indictment with a number of new Defendants, many of which have not yet appeared before the Court for a Pre-Trial conference. The United States anticipated and continues to submit this case would properly qualify as a complex case given the number of the Defendants, the nature of the charges, the multiple jurisdictions involved and the volume of discovery.

As to the status and volume of discovery, the United States has provided and will continue to provide discovery. Discovery is now provided through a web based cloud entitled USAfx. Each attorney is given access to the web based cloud via a password. However, in this case, discovery has also been provided on hard drives due to the volume of the data to be downloaded. For instance, the Royal Canadian Mounted Police (RCMP) have been a part of this investigation. They provided their reports to the United States, very well organized and on a hard drive. There has also been a great volume of pole camera data. Since both of those items had a large amount of data, counsel was invited to mail in their own hard drives so the information could simply be copied over rather than

DISCOVERY STATUS REPORT - 2
Casillas.Status.docx

uploaded into the web based cloud[1]. To date, a large volume of discovery has been provided and includes the following types of data:

1) Pre-Indictment pleadings
2) Investigative reports in .pdf format
3) Photographs
4) Pole Camera video
5) GPS Tracker Data
6) Telephone Toll Data
7) Administrative Subpoenas
8) Recordings both audio and video
9) Bank Records

Although the bulk of the discovery has been provided as of this date, there are a few additional pieces that are waiting to be provided. This includes recordings and videos of the undercover communications between certain Defendants and the Under Cover Agent(s) and phone downloads from seized cell phones. This data because it contains .jpeg images, .mp4 videos and excel type reports from the Celebrite phone download program, is voluminous in size. Before the United States contacted counsel to determine how best to provide this data, the United States thought it better to see first if a discovery coordinator was going to be appointed. The United States can address this more fully with the Court and counsel at the PTC; the point being there is more discovery to come.

The United States also anticipates additional discovery pertaining to the ongoing nature of the investigation which may include additional interview

---

[1] If this data were to be uploaded into the cloud, it would take a significant amount of time to upload and then download, this process seemed more efficient.

DISCOVERY STATUS REPORT - 3
Casillas.Status.docx

reports, free talk reports and expert reports[2].  The United States will be prepared to answer any additional questions at the Pre-Trial conference.

DATED this 16th day of February 2017.

                            Michael C. Ormsby
                            United States Attorney

                            *s/Stephanie Van Marter*

                            Stephanie Van Marter
                            Assistant United States Attorney

---

[2] The United States has provided all expert reports received which has included a number of lab reports.  The United States is awaiting information as to any outstanding expert related reports and will provide those as soon as received.

DISCOVERY STATUS REPORT - 4
Casillas.Status.docx

# CERTIFICATION

I hereby certify that on February 16, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non--CM/ECF participant(s):

Robin Emmans, robin_emmans@secondstreetlaw.com
Jim Egan, jim.egan@owt.com
Adam Pechtel, adam@pechtellaw.com
Rick Hoffman, rick_hoffman@fd.org
Ricardo Hernandez, hloffice@basinis.com
Victor H. Lara, vh_lara@hotmail.com
Gregory Lee Scott, gregory@scottlaw.net
John Gregory Lockwood, jgregorylockwood@hotmail.com
Troy Joseph Lee, troylee@qwest.office.net
Samuel Swanberg, 2lawyers@owt.com
Richard A. Smith, rasmith@house314.com
Kenneth D. Therrien, kentherrien@msn.com
Scott W. Johnson, scott@johnsonorr.com
Lee Edmond, ledmond.esq@gmail.com

*s/Stephanie J. Van Marter*

Stephanie Van Marter
Assistant United States Attorney

DISCOVERY STATUS REPORT - 5
Casillas.Status.docx