# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>vs.<br><br>JESE DAVID CARILLO CASILLAS (2);<br>ROSA ARACELI GRANADOS (3);<br>GABRIELA MENDOZA VASQUEZ (7);<br>JULIO CESAR ROSALES SAUCEDO (9);<br>BRITTNEY LEE ZARAGOZA (10);<br>SALVADOR GUDINO CHAVEZ (11);<br>ADAM BENJAMIN GOLDRING (12)<br>ERICA MARIA SOLIS (15);<br>EDGAR OMAR HERRERA FARIAS (16);<br>ALFREDO MAGANA GARIBAY (18);<br>JUAN BRAVO ZAMBRANO (19);<br>MIGUEL REYES GARCIA (21);<br>JOSE ADRIAN MENDOZA(23); and<br>VERONICA ELVIRA CORTEZ (24),<br><br>                          Defendants. | **Case No.** 4:15-CR-6049-EFS-2, 3, 7, 9, 10, 11, 12, 15, 16, 18, 19, 21, 23, 24<br><br>**CRIMINAL MINUTES**<br><br>**DATE:** 07/10/2017   **LOCATION:** Richland<br><br>**PRETRIAL CONFERENCE** |

| **Senior Judge Edward F. Shea** | | | |
|---|---|---|---|
| Cora Vargas | 02 | Estela Castro | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |

| | |
|---|---|
| Stephanie Van Marter<br><br>**Plaintiff's Counsel** | Ulvar Klein appearing on behalf of Robin Emmans for Jese David Carillo Casillas (2) |
| | Terry Ryan and Adam Pechtel for Rosa Araceli Granados (3) |
| | Ricardo Hernandez for Gabriela Mendoza Vasquez (7) |
| | Ronald Van Wert for Julio Cesar Rosales Saucedo (9) |
| | Victor Lara for Brittney Lee Zaragoza (10) |
| | Gregory Scott for Salvador Gudino Chavez (11) |
| | Richard Troberman for Adam Benjamin Goldring (12) |
| | Troy Lee for Erica Maria Solis (15) |
| | Samuel Swanberg for Edgar Omar Herrera Farias (16) |
| | Michael Felice not present for Alfredo Magana Garibay (18) |
| | Richard Smith for Juan Bravo Zambrano (19) |
| | Kenneth Therrien appearing telephonically for Miguel Reyes Garcia (21) |
| | Scott Johnson for Jose Adrian Mendoza (23) |
| | Lee Edmond for Veronica Elvira Cortez (24) |
| | **Defendant's Counsel** |

**[XX] Open Court**

Defendant Jese David Carillo Casillas (2) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Rosa Araceli Granados (3) present, not in custody of the US Marshal
Defendant Gabriela Mendoza Vasquez (7) present, not in custody of the US Marshal
Defendant Julio Cesar Rosales Saucedo (9) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Brittney Lee Zaragoza (10) present, not in custody of the US Marshal
Defendant Salvador Gudino Chavez (11) present, not in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Adam Benjamin Goldring (12) present in custody of the US Marshal
Defendant Erica Maria Solis (15) present, not in custody of the US Marshal
Defendant Edgar Omar Herrera Farias (16) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Alfredo Magana Garibay (18) present in custody of the US Marshal
Defendant Juan Bravo Zambrano (19) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Miguel Reyes Garcia (21) present in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Jose Adrian Mendoza (23) present, not in custody of the US Marshal
Defendant Veronica Elvira Cortez (24) present, not in custody of the US Marshal

Ms. Van Marter provides an update of discovery status

Mr. Johnson advises he believes the video issues for Behind the Gavel have been resolved

Colloquy between Court and Ms. Van Marter regarding status of discovery disclosures

Colloquy between Court, Ms. Van Marter and defense counsel regarding discovery

Mr. Therrien advises he may need additional time to file an expert witness list so that he may obtain a fingerprint analysis expert
Response by Ms. Van Marter

Colloquy between Court, Mr. Van Wert and Mr. Troberman regarding current pretrial and trial dates

Comments by Defendant Jese David Carillo Casillas

Court and Ms. Van Marter discuss completion and production of transcripts and audio files

All current pretrial conference and trial dates remain as previously set

| Convened: 1:40 pm | Adjourned: 2:04 pm | Time: 24 mins | |