# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. 4:15-CR-6049-EFS-21 |
|---|---|
| Plaintiff, | **CRIMINAL MINUTES** |
| vs. | **DATE:** 03/06/2018  **LOCATION:** Richland |
| MIGUEL REYES GARCIA, | |
| Defendant. | **EX PARTE MOTION HEARING** |

| Senior Judge Edward F. Shea | | | |
|---|---|---|---|
| Cora Vargas | 02 | Carolina Hickey | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Not present | | Ken Therrien | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

**[XX]  Open Court**

Defendant present in custody of the US Marshal, being assisted by the Court's interpreter

Colloquy between Court and Mr. Therrien
Colloquy between Court and Defendant
Additional comments by Mr. Therrien
Colloquy between Court and Defendant

Court reads letter written by Defendant into record

**Court**: Defendant's Motion for New Counsel (ECF No. 685) is **DENIED**

**[XX] ORDER FORTHCOMING**

| CONVENED: 8:20 AM | ADJOURNED: 8:40 AM | TIME: 20 MINS | |
|---|---|---|---|